1
2
3
4
5

**Benjamin R. Trachtman, Esq. [SBN 137458]**
btrachtman@trachtmanlaw.com
**Julie A. Hamlin, Esq. [SBN 300799]**
jhamlin@trachtmanlaw.com
**TRACHTMAN & TRACHTMAN, LLP**
**23046 Avenida De La Carlota, Suite 300**
**Laguna Hills, CA 92653**
**Telephone: (949) 282-0100**
**Facsimile: (949) 282-0111**

6
7

Attorneys for Defendant U.S. Bancorp
(erroneously sued herein as US Bank, N.A.)

8
9

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

10
11   Jose Estrada,

12           Plaintiff,

13         v.

14

15   US Bank, N.A.; and Does 1-10,

16

17           Defendants.

18

**CASE NO. 2:18-cv-00347 JFW (JEMx)**

**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

19
20
21

        Defendant U.S. Bancorp (erroneously sued herein as US Bank, N.A.)
("Defendant") hereby submits its Answer to the Complaint of Plaintiff Jose
Estrada ("Plaintiff") in this action as follows:

22        **ANSWER TO ALLEGATIONS CONCERNING PARTIES**

23        1.      Answering paragraph 1, Defendant is without sufficient information
24   or belief to admit or deny the allegations in this paragraph. Based on this lack of
25   information or belief, Defendant denies the allegations.

26        2.      Answering paragraph 2, Defendant admits the allegations in this
27   paragraph.

28   ///

**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

3.     Answering paragraph 3, Defendant admits the allegations in this paragraph.

4.     Answering paragraph 4, Defendant is without sufficient information or belief to admit or deny the allegations in this paragraph. Based on this lack of information or belief, Defendant denies the allegations.

## ANSWER TO ALLEGATIONS CONCERNING
## JURISDICTION AND VENUE

5.     Answering paragraph 5, Defendant admits the allegations in this paragraph.

6.     Answering paragraph 6, Defendant admits the allegations in this paragraph.

7.     Answering paragraph 7, Defendant admits the allegations in this paragraph.

## ANSWER TO FACTUAL ALLEGATIONS

8.     Answering paragraph 8, Defendant is without sufficient information or belief to admit or deny the allegations in this paragraph. Based on this lack of information or belief, Defendant denies the allegations.

9.     Answering paragraph 9, Defendant admits the allegations in this paragraph.

10.     Answering paragraph 10, Defendant admits the allegations in this paragraph.

11.     Answering paragraph 11, Defendant is without sufficient information or belief to admit or deny the allegations in this paragraph. Based on this lack of information or belief, Defendant denies the allegations.

12.     Answering paragraph 12, Defendant is without sufficient information or belief to admit or deny the allegations in this paragraph. Based on this lack of information or belief, Defendant denies the allegations.

///

**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

13.     Answering paragraph 13, Defendant is without sufficient information or belief to admit or deny the allegations in this paragraph.  Based on this lack of information or belief, Defendant denies the allegations.

14.     Answering paragraph 14, Defendant is without sufficient information or belief to admit or deny the allegations in this paragraph.  Based on this lack of information or belief, Defendant denies the allegations.

15.     Answering paragraph 15, Defendant is without sufficient information or belief to admit or deny the allegations in this paragraph.  Based on this lack of information or belief, Defendant denies the allegations.

16.     Answering paragraph 16, Defendant is without sufficient information or belief to admit or deny the allegations in this paragraph.  Based on this lack of information or belief, Defendant denies the allegations.

17.     Answering paragraph 17, Defendant is without sufficient information or belief to admit or deny the allegations in this paragraph.  Based on this lack of information or belief, Defendant denies the allegations.

18.     Answering paragraph 18, Defendant is not required to answer the legal conclusions and arguments contained in paragraph 18, but to the extent that a response is necessary, Defendant denies the allegations.

19.     Answering paragraph 19, Defendant is without sufficient information or belief to admit or deny the allegations in this paragraph.  Based on this lack of information or belief, Defendant denies the allegations.

20.     Answering paragraph 20, Defendant is not required to answer the legal conclusions and arguments contained in paragraph 20, but to the extent that a response is necessary, Defendant denies the allegations.

21.     Answering paragraph 21, Defendant is without sufficient information or belief to admit or deny the other allegations in this paragraph.  Based on this lack of information or belief, Defendant denies these other allegations.

///

**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

**ANSWER TO FIRST CAUSE OF ACTION: VIOLATION OF THE**

**AMERICANS WITH DISABILITIES ACT OF 1990**

22.    Defendant reincorporates its response by reference to its responses set forth in the remainder of the answer.

23.    Answering paragraph 23, Plaintiff merely states legal conclusions which require no response and the provisions of the ADA speak for themselves.

24.    Answering paragraph 24, Plaintiff merely states legal conclusions which require no response and the provisions of the ADA speak for themselves.

25.    Answering paragraph 25, Defendant is without sufficient information or belief to admit or deny the other allegations in this paragraph.  Based on this lack of information or belief, Defendant denies these other allegations.

26.    Answering paragraph 26, Defendant is without sufficient information or belief to admit or deny the other allegations in this paragraph.  Based on this lack of information or belief, Defendant denies these other allegations.

27.    Answering paragraph 27, provisions of the ADA speak for themselves.

28.    Answering paragraph 28, Defendant is without sufficient information or belief to admit or deny the other allegations in this paragraph.  Based on this lack of information or belief, Defendant denies these other allegations.

29.    Answering paragraph 29, Defendant is without sufficient information or belief to admit or deny the allegations in this paragraph.  Based on this lack of information or belief, Defendant denies the allegations.

**ANSWER TO SECOND CAUSE OF ACTION: VIOLATION OF THE**

**UNRUH CIVIL RIGHTS ACT**

30.    Defendant reincorporates its response by reference to its responses set forth in the remainder of the answer.

31.    Answering paragraph 31, Plaintiff merely states legal conclusions which require no response.  Defendant is not required to answer the arguments

-4-

_____

**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

contained in paragraph 31, but to the extent that a response is necessary, Defendant is without sufficient information or belief to admit or deny the other allegations in this paragraph. Based on this lack of information or belief, Defendant denies these other allegations.

32. Answering paragraph 32, Plaintiff merely states legal conclusions which require no response. Defendant is not required to answer the arguments contained in paragraph 32, but to the extent that a response is necessary, Defendant is without sufficient information or belief to admit or deny the other allegations in this paragraph. Based on this lack of information or belief, Defendant denies these other allegations.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

### (Lack of Notice)

33. Plaintiff's claims, including those related to multiple violations are barred because Plaintiff failed to provide any notice to Defendant regarding the alleged accessibility issues prior to filing this lawsuit.

## SECOND AFFIRMATIVE DEFENSE

### (Laches)

34. Plaintiff's claims, including those related to multiple violations are barred in whole or in part by the doctrine of laches.

## THIRD AFFIRMATIVE DEFENSE

### (Unclean Hands)

35. Plaintiff's claims, including those related to multiple violations are barred in whole or in part by the doctrine of unclean hands.

## FOURTH AFFIRMATIVE DEFENSE

### (Good Faith)

36. Defendant and its agents, if any, acted reasonably and in good faith at all times material herein, based on relevant facts, law and circumstances known by

**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

them at the time that they acted.   Accordingly, Plaintiff's claims specifically related to multiple violations are barred, in whole or in part, from any recovery in this action.

## FIFTH AFFIRMATIVE DEFENSE

### (Good Faith Effort to Comply)

37.   Defendant has made good faith efforts to comply with the Americans with Disabilities Act, the Unruh Act, and the California Disabled Persons Act, including providing appropriate alternative access.

## SIXTH AFFIRMATIVE DEFENSE

### (Misapplication of Sections 51-55 of the California Civil Code)

38.   Plaintiff is barred from recovery under California Civil Code Sections 51-55 because such sections do not apply to the alleged conduct at issue

## SEVENTH AFFIRMATIVE DEFENSE

### (Additional Defenses)

39.   Defendant presently has insufficient knowledge or information upon which to form a belief as to whether it may have additional, yet unknown, affirmative defenses.   Defendant hereby reserves the right to assert additional affirmative defenses in the event discovery dictates that it would be appropriate to do so.

///
///
///
///
///
///
///
///
///

-6-

1

## __PRAYER__

2

    **WHEREFORE,** Defendant prays that this Court enter a judgment which

3

appropriately determines liability, including the scope of same, and which awards

4

relief commensurate with the violation and which considers Defendant's good

5

faith actions in response to this Complaint.

6

7

DATED:  February 20, 2018    TRACHTMAN & TRACHTMAN, LLP

8

9
                        */s/ Julie A. Hamlin*

                By:_____

10
                    Benjamin R. Trachtman

                    Email:  btrachtman@trachtmanlaw.com

11
                    Julie A. Hamlin

12
                    Email: jhamlin@trachtmanlaw.com

13
                    23046 Avenida De La Carlota, Suite 300

                    Laguna Hills, CA  92653

14
                    Telephone:  (949) 282-0100

15
                    Facsimile:  (949) 282-0111

16
                    Attorneys for Defendant U.S. Bancorp

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

**PROOF OF SERVICE**
**FRCP 5**

     I, Erika Sorensen, the undersigned, am over the age of 18 years and not a party to this action.  I am employed with the law firm of Trachtman & Trachtman, LLP, whose address is 23046 Avenida De La Carlota, Suite 300, Laguna Hills, California 92653.

     On February 20, 2018, I served the interested parties in this action with the following documents:

**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

as follows:

| *[X] BY ELECTRONIC TRANSMISSION:* | phylg@potterhandy.com<br>rayballister@potterhandy.com<br>dennisp@potterhandy.com<br>isabelm@potterhandy.com<br>**Attorneys for Plaintiff Jose Estrada** |
|---|---|
| I caused such document to be electronically transmitted via United States District Court, Central District of California, which is then printed and maintained with the original documents in our office. ||

     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

     Executed on February 20, 2018, at Laguna Hills, California.

*/s/ Erika Sorensen*

_____
Erika Sorensen, Declarant

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT