CENTER FOR DISABILITY ACCESS
RAYMOND G. BALLISTER, JR., SBN 111282
ELLIOT MONTGOMERY, SBN 279451
CHRIS ARSON, SBN 280048
Mail: P.O. Box 262490
San Diego, CA 92196-2490
Deliveries: 9845 Erma Road, Suite 300
San Diego, CA 92131
Phone: (858) 375-7385
Fax: (888) 422-5191
ChrisC@potterhandy.com

Attorney for Plaintiff, JOSE ESTRADA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESTRADA, <br><br> Plaintiff, <br><br> v. <br><br> US BANK, N.A.; <br> and DOES 1 through 10, inclusive <br><br> Defendants. | **Case: 2:18-CV-00347-JFW-JEM** <br><br> **Plaintiff's Notice of Intent to Abandon Claim** <br><br> Trial Date:  October 23, 2018 <br> Time:  08:30 a.m. <br> Ctrm:  7A (7th Floor) <br><br> **Hon. Judge John F. Walter** |

To all the honorable Court, Defendants, and their attorneys of record:

Please take notice that plaintiff hereby abandons his first Cause of Action, brought under the American with Disabilities Act on the basis that the only remedy provided for by this claim, i.e., an injunction, has been rendered moot. After the inception of the present lawsuit, Defendant began regularly offering a lowered transaction counter at the US Bank located at 3645 E. Imperial Hwy., Lynwood, California.

Plaintiff will proceed only under California's Unruh Civil Rights Act claim.

| | |
|---|---|
| Dated: August 20, 2018 | CENTER FOR DISABILITY ACCESS |
| | By: ___/s/ Chris Carson___ |
| | CHRIS CARSON |
| | Attorneys for Plaintiff |