CENTER FOR DISABILITY ACCESS
RAYMOND BALLISTER, JR., SBN 111282
CHRIS CARSON, SBN 280048
Mail: P.O. Box 262490
San Diego, CA 92196-2490
Deliveries: 9845 Erma Road, Suite 300
San Diego, CA 92131
Phone: (858) 375-7385
Fax: (888) 422-5191
ChrisC@potterhandy.com
Attorneys for Plaintiff

TRACHTMAN & TRACHTMAN LLP
23046 Avenida De La Carlota, Suite 300
Laguna Hills, CA 92653
Benjamin R. Trachtman, Esq., SBN 137458
btrachtman@trachtmanlaw.com
Julie A. Hamlin, Esq., SBN 300799
jhamlin@trachtmanlaw.com
Telephone: 949.282.0100
Facsimile: 949.282.0111

Attorneys for Defendant
US BANK, N. A.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESTRADA,<br><br>                Plaintiff,<br><br>          v.<br><br>US Bank, N.A.; and Does 1-10,<br><br>                Defendants, | Case: 2:18-CV-00347-JFW-JEM<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 4, 2018        CENTER FOR DISABILITY ACCESS

By:   /s/ Chris Carson
      Chris Carson
      Attorneys for Plaintiff

Dated: September 4, 2018        TRACHTMAN & TRACHTMAN LLP

By:   /s/ Julie Hamlin
      Julie Hamlin
      Attorneys for Defendants
      US BANK, N. A.

2

1
2
3
4

## <u>SIGNATURE CERTIFICATION</u>

5   I hereby certify that the content of this document is acceptable to Julie

6   Hamlin, counsel for U.S. Bank, and that I have obtained Ms. Hamlin's

7   authorization to affix her electronic signature to this document.

8
9   Dated: September 4, 2018          CENTER FOR DISABILITY ACCESS

10
11                                    By: _____/s/ Chris Carson_____

12                                        Chris Carson
                                          Attorneys for Plaintiff
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Joint Stipulation for Dismissal                    Case: 2:18-CV-00347-JFW-JEM